**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **MOMOHU KARAGA,** | : | **Case No. 1:25-cv-735** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| | : | **Judge Susan J. Dlott** |
| **vs.** | : | |
| | : | |
| **ROBERT K. LYNCH,** | : | **Magistrate Judge Elizabeth P. Deavers** |
| | : | |
| **Respondent.** | : | |
| | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Momohu Karaga, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order **by October 31, 2025**.

**IT IS SO ORDERED.**

October 24, 2025

*s/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
United States Magistrate Judge