**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **MOMOHU KARAGA,** | : | **Case No. 1:25-cv-735** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| | : | **Judge Susan J. Dlott** |
| **vs.** | : | |
| | : | |
| **ROBERT K. LYNCH,** | : | **Magistrate Judge Elizabeth P. Deavers** |
| | : | |
| **Respondent.** | : | |
| | : | |

## ORDER SETTING CASE SCHEDULE

The Court previously order the parties to confer and propose a case schedule.

(Doc. 4). They have now done so. (Doc. 6). Based on that joint proposal, the Court **SETS**

the following case schedule:

- Respondent's Return of Writ Due:          November 21, 2025

- Karaga's Reply Due:          November 28, 2025

**IT IS SO ORDERED.**

October 31, 2025                                *s/ Elizabeth A. Preston Deavers*
                                                ELIZABETH A. PRESTON DEAVERS
                                                 United States Magistrate Judge