**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| MOMOHU KARAGA, | : | Case No. 1:25-cv-735 |
| Petitioner, | : | |
| | : | |
| vs. | : | Judge Susan J. Dlott |
| | : | |
| ROBERT K. LYNCH, | : | Magistrate Judge Elizabeth P. Deavers |
| Respondent. | : | |
| | : | |

**ORDER REGARDING GENERAL ORDER 25-04**

Effective October 29, 2025, United States District Court for the Southern District of Ohio General Order 25-04, *as amended*, ORDERED that all civil litigation involving as a party the United States of America, its agencies, its officers or employees, … be immediately suspended, postponed, and held in abeyance continuing for a period of fourteen (14) days from October 29, 2025. Habeas corpus cases pending or filed under Chapter 153 of Title 28 are expressly exempted from the amended General Order. **Thus, the instant case is not stayed and remains active.**

IT IS SO ORDERED.

*Nov 6, 2025*

_____
SUSAN J. DLOTT
United States District Judge