IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Momohu Karanga, | : |
| Petitioner, | : Case No. 1:25-cv-735 |
| v. | : |
| Kevin Raycraft, Field Office Acting Director of Enforcement and Removal Operations Detroit, United States Immigration and Customs Enforcement, | : Judge Susan J. Dlott |
| | : Order Granting the Motion to Vacate |
| Respondent. | : |

This matter is before the Court on Respondent's Motion to Vacate Court's Order Not to Remove Petitioner from the District. (Doc. 11.) Petitioner Momohu Karanga, a national and citizen of The Gambia, is being detained by Immigration and Customs Enforcement ("ICE") in the Butler County, Ohio jail and is subject to a 2022 immigration order that he be removed from the United States to The Gambia. (Doc. 1 at PageID 4; Doc. 9-1 at PageID 44–45.) Karanga filed a Petition for Writ of Habeas Corpus ("Habeas Petition") challenging his continued detention pending removal, but not the removal order itself. (Doc. 1.) On October 21, 2025, the Court issued an Order that Respondent neither remove Karanga from this District nor allow him to be removed from this District unless or until the Court orders otherwise. (Doc. 2.) Respondent moves the Court to vacate that Order arguing that it has obtained the necessary travel documents from The Gambia to effectuate Karanga's removal from the United States. For the reasons that follow, the Court will **GRANT** Respondent's Motion.

**I.**

Karanga entered the United States in 2022. (Doc. 1 at PageID 4.) He was taken into custody by the United States Border Patrol in May 2022 and later transferred to the custody of

1

ICE.  (Doc. 9-1 at PageID 45.)  He applied for asylum, but in June 2022 an immigration judge ordered him to be removed from the United States to The Gambia.  (Doc. 1 at PageID 4; Doc. 9-1 at PageID 45.)  ICE did not accomplish his removal at that time, and it released Karanga from custody under an order of supervision in October 2022.  (Doc. 9-1 at PageID 45.)  Karanga complied with the conditions of release and regularly attended his ICE check-in appointments.  (*Id.*)  He asserts that he is married to a United States citizen and is the sole provider for her and their child.  (Doc. 1 at PageID 4.)

Karanga was detained again by ICE on or about October 1, 2025 during a supervisory check-in appointment, and he filed his Habeas Petition on October 16, 2025.  (*Id.*; Doc. 9-1 at PageID 45.)  Respondent filed its Return of Writ on November 21, 2025, supported by the Declaration of Stephanie Parker, a Deportation Officer with the Columbus Sub Office of Enforcement and Removal Operations within ICE.  (Doc. 9; Doc. 9-1 at PageID 44.)  Officer Parker attested that ICE applied to The Gambia for travel documents for Karanga on October 14, 2025 and that Karanga had an interview with The Gambia consulate on November 17, 2025 as part of that process.  (*Id.* at PageID 46.)  She also attested that an ICE Removal and International Operations officer confirmed that The Gambia is issuing travel documents for individuals confirmed to be its citizens to facilitate removals.  (*Id.*)  Respondent did not then have the travel documents from The Gambia necessary to effectuate Karanga's removal.

Respondent then filed the pending Motion to Vacate on December 23, 2025 asking the Court to lift the October 21, 2025 Order so it can remove Karanga to The Gambia.  (Doc. 11.)  It attached an Emergency Travel Document from the Republic of The Gambia for Karanga, which was issued on December 9, 2025 and expires on June 9, 2026.  (Doc. 11-1 at PageID 63.)  Karanga filed an Opposition brief, to which Respondent filed a Reply.  (Docs. 12, 14.)  Karanga

objects to the Court vacating the October 21, 2025 Order because Respondent has not provided concrete plans for or the date of his removal. However, upon review of Respondent's submissions, the Court is satisfied that Respondent plans to remove Karanga to The Gambia in the reasonably foreseeable future. As such, it will vacate the October 21, 2025 Order to the extent necessary to allow Respondent to remove Karanaga to The Gambia.

## II.

The Motion to Vacate is **GRANTED** (Doc. 11) insofar as the October 21, 2025 Order (Doc. 2) is **VACATED** to the extent necessary to allow Respondent to effectuate removal of Karanga to The Gambia. The Court further **ORDERS** that Karanga is to be removed to The Gambia as expeditiously as possible. The parties shall immediately notify the Court when Karanga has been removed to The Gambia or notify the Court by February 15, 2026 if Karanga has not been removed to The Gambia. The Court will set this matter for a status conference if Karanga has not been removed by February 15, 2026.

**IT IS SO ORDERED**.

    S/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court

3